MEI YUN CHEN, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 12–1236.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2012.

Decided: Oct. 10, 2012.

Theodore N. Cox, New York, New York, for Petitioner. Stuart F. Delery, Acting Assistant Attorney General, John S. Hogan, Senior Litigation Counsel, David H. Wetmore, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, WYNN, and FLOYD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mei Yun Chen, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen proceedings. We have reviewed the record and the Board's order and conclude that the Board did not abuse its discretion. *See* 8 C.F.R. § 1003.2(a), (c) (2012). We therefore deny the petition for review for the reasons stated by the Board. *See In re: Mei Yun Chen* (B.I.A. Jan. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*